## 50506. HILL v. THE STATE.

DEEN, Presiding Judge.

1. The defendant was indicted for murder and convicted of voluntary manslaughter. Evidence of a continued quarrel: That the deceased had hit the defendant, the defendant had cursed and ejected him, the deceased again attempted to enter the house, the defendant procured a knife, and stabbed him, causing his death, posed a jury question as to whether the killing was unjustified, in the heat of passion, and lacking in malice. Cf. *Banks v. State,* 227 Ga. 578 (182 SE2d 106).

2. Nor did the court err in failing to charge the lesser offense of involuntary manslaughter. A knife, capable of and used in a manner to produce death is a deadly weapon, and when it is so used in a heat of passion and death ensues, the crime is voluntary manslaughter and failure to charge the lesser offense is not error. *Harris v. State,* 75 Ga. App. 199 (2) (43 SE2d 110).

*Judgment affirmed. Evans and Stolz, JJ., concur.*

SUBMITTED APRIL 9, 1975 — DECIDED APRIL 18, 1975.

*Westmoreland, Patterson & Moseley, R. Robider Markwalter,* for appellant.

*Fred M. Hasty, District Attorney, Walker P. Johnson, Assistant District Attorney,* for appellee.